PROB 35          **ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JOSE E. GOMEZ )<br>) | Docket Number: 1:07MJ00164-001 DLB |

On October 25, 2007, the above-named was placed on Probation for a period of two years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON
United States Probation Officer**

Dated:      03/17/2009
              Fresno, California
              RT

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                        **HUBERT J. ALVAREZ
                        Supervising United States Probation Officer**

**Re: JOSE E. GOMEZ**
   **Docket Number: 1:07MJ00164-001DLB**
   **ORDER TERMINATING Probation**
   <u>**PRIOR TO EXPIRATION DATE**</u>

ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| March 20, 2009 | /s/ Gary S. Austin |
| **Date** | **Gary S. Austin**<br>**United States Magistrate Judge** |

rt
Attachment: Recommendation
cc: United States Attorney's Office
   FLU Unit, AUSA's Office
   Fiscal Clerk, Clerk's Office